RECEIVED
FEB 02 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE IOWA UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT

22 U.S C. 1983 CIVIL SUIT
--------------------------------------------------------------------

EDDIE C. RISDAL,                        CIVIL NO:
PLAINTIFF,
VS.

STATE OF IOWA GOVERNOR KIM REYNOLDS,
DIRECTOR OF THE DEPARTMENT OF HUMAN SERVICES,
DIRECTOR OF THE DEPARTMENT OF CORRECTIONS,
STORY COUNTY IOWA BOARD OF SUPERVISIORS,
            DEFENDANTS.

--------------------------------------------------------------------

complaint
MALIC CONSPIRACY SCHEME:
DEFENDANTS AND THEIR PRESENT AND FORMER EMPLOYEES EXECUTED A UNCONSTITUTIONAL CONSPIRACY SCHEME TO FALSELY INPRISION THE PLAINTIFF FOR 39 YEARS TO SILENCE HIS FORMER WHISTEL BLOWINGS, POLITICAL CAMPAINING AGAINST THE STORY SHERIFF JOHN STARK AND PROSECUTOR MARY RICHARDS, et al, AND for filing a federal suit in 1984.

I HAVE NEVER FILED A CIVIL LAW SUIT ON THIS COMPLAINT IN THE PAST YEARS.

ADDRESSES

DEFENDANTS

STATE OF IOWA KIM REYNOLDS GOVENOR
STATE CAPITOL
DES MOINES, IOWA 50319

DIRECTOR DEPARTMENT OF HUMAN SERVICES
CH 213
HOOVER STATE OFFICE BUILDING
1305 EAST WALNUT STREET
DES MOINES, IOWA 50319

DIRECTOR DEPARTMENT OF CORRECTIONS
CH904
510 EAST TWELFTH STREET
DES MOINES, IOWA 50319

STORY COUNTY BOARD OF SUPERVISORS
1315 SOUTH B AVENUE
NEVADA, IOWA 50201-2810

PLAINTIFF
EDDIE C. RISDAL
CCUSO
1251 WEST CEDAR LOOP, ,STE 6
CHEROKEE, IOWA 51012-1512

THIS SHOWS THE DATE THAT THE ILLEGL OFFICIAL SCHEME BEGAN, AND IT SHOWS IT PERPETUALLY ONGOING TODAY IN YEAR 2022, THE FORMER SHERIFF JOHN STARK AND PROSECUTOR MARY RICHARDS WERE THE INVENTERS OF THAT CONSPIRACY TO INPRISON ME FOR LIFE FOR RETALIATION ON MY APRIL 1984 UNITED STATES DISTRICT COURT CIVIL SUIT I FILED ON THEM AND THE FORMER 3 MENBERED COUNTY BOARD OF SUPERVISORS. THE SHERIFF AND PROSECUTOR WERE NAMED IN THAT SUITS COMPLAINT OF SEVERAL CRIMINAL MISCONDUCTS WHILE IN PUBLIC OFFCICES. U.S.DIS. CT. JUDGE RONALD LONGSTAFF SET A NOVEMBER 03, 1985 JURY TRIAL DATE ON MY SUIT NO: 84 335 A&L.

NOVEMBER 01, 1985 TWO SHERIFF DUPUTIES OPROACHED MATT STOWE (15 YEARS OLD), AND JUSTIN JORNAFAN (SOME TIMES GOS BY THE LAST NAME OF OSBORN, 12 YEAR OLD) IN JUSTINS HOME AND THEY COERCORED THE KIDS TO PHONE ME, EDDIE), UP AND TO HAVE EDDIE DRIVE THE SOME TEN MILES TO THEIR NEVADA, IOWA HOME AND TO PICK THEM UP AND TAKE THEM TO EDDIES RUARL HUX:EY, IOWA HOME. AFTER WE RETURNED TO MY, EDDIES, HOME,I FIXED THEM PIZZAS TO EAT, THEN AROUND 10 MINUTES AFTER RETURNING TO MY HOME, TWO DUPUTY SHERIFFS DROVE ONTO MY PROPERTY AND FORCED THEIR WAY INTO MY HOME, THEN THEY CONFRONTED THE TWO KIDS AND COERCORED THEM TO SAY THAT EDDIE KIDNAPPED THEM AND RAPED THEM. THE KIDS FELT SAFE IN MY PRESENTS AND THEY SAID EDDIE DIDN"T KIDNAPE AND RAPE THEM. THE DUPUTIES THEN DOUBLED-UP THEIR FISTS AND WALKED TOWARDS THE BOYS, I STEPPED INBETWEEN THEM AND HAD TO MAN HANDLE THEM OUT THE FRONT DOOR OF MY HOME THEN I ORDEREDD THEM OFF MY PROPPERTY UNDER THE THREAT OF PHONEING IN THE NEIGHBORING POLK COUNTY SHERIFF AND HAVEING THEM ARRESTED FOR TRESSPASSING, THEY THEN LEFT MY PROPERTY.

NOVEMBER 05, 1985, TWO IOWA DEPARTMENT OF TRANSPORTATION WORKERS REPORTED TO THE IOWA HYWAY PARTROLE OF A SUBPECIOUS CAR PARKED ALONG SIDE HYWAY 69 AND THAT A MAN WAS TRYING TO BREAKINTO MY, EDDIES, HOME AND BUSINESS BUILDINGS. THE HYWAY PATROMAN INVESTIGATED AND DISCOVERED IT WAS DUPUTY SHERIFF GERALD BEARDEN WHO TRESSPASSED ON MY PROPERTY SO HE LET HIM GO FREE.

NOVEMBER 10 1985, AT MIDNIGHT I WAS AWAKENED IN MY UNDERWARE BY A LOUD KNOCK ON MY DOOR SO I OPENED THE DOOR AND THEIR WAS A DUPUTY SHERIFF WITH HIS GUN POINTED AT ME AND HE HANDCUFFED ME, REFUSED TO LET ME DRESS, AND HE DROVE ME TO THE NEVADA, IOWA JAIL AND LOCKED ME UP FOR NO CAUSE. I WAS RELEASED AT 7;00 THE NEXT MOURNING. I PHONED MY HOME FROM A DOWN STARES PHONE IN THE COURTHOUSE AND THE SHERIFFS DUPUTY FOSSE ANSWERED MY PHONE AND HE SAID THEY WERE SEARCHING MY HOME AND BUSINESS BUILDINGS. SO I RAN DOWN THE HYWAY IN MY UNDERWARE, THE RAIN AND 40 degree wheather. THE PUBLC DEFENDER SEEM ME RUNNING SO SHE TURNED HER CAR AROUND AND PICKED ME UP AND DROVE ME TO MY HOME. ROUGH DUPUTY BEARDEN AND FOSSE WERE STANDING NEAR MY HOME AND I ASKED THEM WHAT THEY WERE SEARCHING FOR AND I DEMANED TO SEE THE SEARCH WARRANT, THEN BEARDEN HIT ME IN THE JAW WITH HIS FIST KNOCKING ME TO THE GROUND, THEN HE SAID I DON"T NEED A FUCKING WARRANT, THEN HE CALLED OFF THAT SEARCH AND LEFT. I DISCOVERED MONMENTS AFTERWARDS THAT THEY HAD REMOVED MY SAFE FROM MY HOME AND HAD BUSTED IT OPEN WITH A SLEGHAMMER, AND THERE WAS $465 DALLORS IN CASE MISSING AND A $ 100.00 BAG OF NEW WOMENS JEWERY MISSING. THE NEXT DAY THE OLDER BROTHER OF JUSTIN OSBORN, TROY OSBORN AND HIS FRIEND WITNESSED DUPUTY BEARDER GIVING THAT BAG OF NEW JEWERY TO JUSTINS, TROYS MOTHER IN TRADE FOR HER TO ALLOW HIM TO PHYSICAL COERCOR HER SON JUSTIN TO SAY I, EDDIE, HAD SEX WITH HIM ONCE IN 1985. I WAS TOLD AFTERWARDS THAT BEARDEN HAD PUT HIS GUN TO JUSTINS HEAD AND THREATENED TO KILL HIM IF HE DIDN"T SAY I HAD SEX WITH HIM, THE SIMARLAR INCIDENT THREAT HAPPENED ON MATE STOLE. ON THAT SEARCH I LATER LEARNED AT MY SEX ABUSE JURY TRIAL THAT BEARDER HAD STOLEN OTHER PROPERTY FROM MY PROPERTY SUCH AS ADULT NUDE MAGAZINES, A NUDE PHOTO OF AN ADULT MALE NUDE, A PORLEROID CAMERA, AND MY TELEPHONE MONTHLY BILL, THESE STOLEN ITEMS WERE USEDD AS STATE EVIDENSE AT MY JURY TRIAL.

NOVEMBER 16, 1985 I WAS ARRESTED FOR THE TWO SEX ABUSE CHARGES THAT I"M YET INPRISONED ON.

JANUARY 1986 SEX ABUSE JURY TRIAL THE PROSECUTER TESTIFIED THAT I HAD OTHER VICTOMS THAT I WASN"T CHARGED FOR. MY ATTORNEY ASKED THAT PROSECUTOR TO NAME JUST ONE VICTOM OTHER THEN THE TWO ALLEGED VICTOMS I WAS CHARGED WITH, THE PROSECUTORS FACE TURNED BRIGHT RED AND SHE ADMITTED THERE WERE NO OTHER VICTOMS. UPON MY LATER APPEALING MY CONVICTION I WAS APPOINTED AN APPELLANT ATTORNEY WHO NEVER VISITED WITH ME NOR GAVE ME HIS ADDRESS OR PHONE NUMER, AFTER THAT APPEAL WAS EXHAUSTED IN THE APPELLLANT AND SUPREME COURTS I DISCOVERED THAT STORY PROSECUTOR RICHARDS HAD MADE THE COURT STENOGRAPHER TO LEAVE IN THAT JURY TRIAL TESTIMONY OF HERS THAT SAID I HAD

PAGE TWO

OTHER VICTOMS, THAT THE TRIAL JUDGE HAD ORDERED THAT STENOGRAPHER TO ANGULL OR DELITE IT FROM THE TRANSCRIPTS. THE APPELLAT AND SUPREM COURT USED THAT TESTIMONY TO DENEY MYY APPEAL. THE JURY TRIAL HEARING JUDGE HAD ORDERED THE STENOGRAPHER TO ANNULL THAT VICTOM TESTIMONY FROM THE TRANSCRIPTS.

AT A PREHEARING BEFORE MY CRIMINAL JURY TRIAL THE PROSECUTOR GOT MAD AND THREW HER STACK OF PAPER WORK DOWN AND ACCROSS THE TABLE AND SHE COERCORED MY ATTORNEY THAT HE WAS EXCEEDING THE MONEY AMOUNT ALLOTTED BY THE STATE TO PAY F OR HIS ATTORNEY FEES AND IF HE DIDN"T STOP DEFENDING RISDAL SO GOOD THAT SHE WOULD HAVE HIM DISBARRED. AFTER THAT MY BECAME INEFFECTIVE.

IN MARCH 1985 THE STORY PROSECUTOR WROTE A LETTER TO THE DEPARTMENT OF CORRECTIONS (DOC) DIRECTOR SALLEY HALFORD AND TOLD HER TO IGNOR MY JANUARY 1985 SENTENCING ORDER THAT ORDEREd the doc TO PUT ME IN THE 2 TOO 4 MOMNTH MT PLEASENT, IOWAPRISONS SEX OFFENDER PROGRAM AND UPON MY COMPLETION OF THAT PROGRAM I WAS TO BE PAROLED IN 1985. THAT PROSECUTOR TOLD HALFORD TO SENTENCE ME TO A 10 & 25 YEAR CONSECTUTIVE YEARS IN PRISON. THEN HALFORD PHONED UP THE PRISONS WARDEN AND TOLD THEM TO WRITE RISDAL FIBULOUS PRISON DISCIPLANARY REPORTS AND TO PHONE THE ASSISTENT ATTORNEY GENERAL KRISTIN ENSIGN TO FIND OUT HOW MANY DAYS OF EARNED GOOD TIME TO TAKE AWAY FROM RISDAL IN ORDER TO MAKE HIM LDISCHARGE THAT 35 YEAR SENTENCE AND TO KEEP ME LOCKUP IN 24/7 SOLITARY CONFINEMENT FOR YEARS.

IN FURTHER CONSPIRACY UPON MY DISCHARGE I WAS RAIL ROADED UNDER IOWAS NEWLY MADE CODE 229A(1998) CIVIL COMMITMENT LAW FOR SEX OFFENDERS, I WAS DENYED EFFECTIVE ASSISTENT OF COUNSEL AND DEYED A FAIR TRIAL AND I WAS CIVILLY COMMITTED.AND TODAY YET THAT CONSPIRACY KEEPS ME FROM GRADUATING THE CCUSO (CIVIL COMMITTMENT UNIT FOR SEX OFFENDERS) PROGRAMS TO WORK TOWARDS MY DISCHARGE FROM CCUSO.

WHILE I WAS IN PRISON AT FORT MADISON, IOWA THE WARDEN SET ME UP TO BE MURDERED BY THREE LIFER MURDERERS WHILE I WAS IN THE GYNM SHOWERS ONE OF THE LIFERS SNOCKUP BEHIND ME AND CHOCKED ME INTO UNCONSCIENCENESS LEAVING ME FOR DEAD. LATER WHILE AT THE CLARINDA, IOWA PRISON I WAS REMOVED FORM THE YARD EXERCISE AND I WAS LOCKED UP IN A 24/7 SOLITARY CELL WITH A MURDERER WHO HAD JUST BEATENUP ANOTHER INMATES TO NEAR DEATH. I HAD TO PREFORM ORAL SEX ON HIM TO KEEP HIM FROM BEATING ME UP OR KILLING ME.

ALSO WHILE AT THE FORT MADISON PRISON THEY TRANFERED TODD OSBORN WHO HAD BEEN A FORCED TO BE WITTNESS FOR THE PROSECUTOR, AT THAT JURY TRIAL HE REFUSED TO TESTIFY FOR THE STATES AS THEY HAD FORCED HIM TO TESTIFY, SO THE PROSECUTER RICHARDS RETALIATED AND SENT HIM TO PRISON IN HOPE HE WOULD BECOME EMENIES WITH ME AND EITHER HE OR ME WOULD KILL ONE OR THE OTHER. BUT WE BEFRIENDED EACH OTHER SO HE WAS TRANFERED OUT DAYS LATER.YET ANOTHER FORCED TO BE A STATE WITNESS AT MY FORMER JURY TRIAL WAS SONNEY PAULSEN WHO REFUSED TO TESTIFY FOR THE STATE, THE PROSECUTOR RETALIATED ON HIM TO AND SENT HIM TO PRISON AT ANAMOSA, IOWA.

AT MY NOVEMBER 1q, 1985 ARREST THE PROSECUTOR DENYED ME BAIL RELEASE BECAUSE SHE KNEW I WOULD MORAGES MY PAID FOR HOME, BUSINESS PPROPERTY AND SMALL ASSETS AND I WOULD GET ENOUGH MONEY TO PAY FOR MY OWN ATTORNEY SO SHE COULdn't control him.

APRIL 2022, PURSUANT IA CODE CH 229A I WAS PUT THROUGH A CIVIL JURY TRIAL WITH THE PUBLIC DEFENDERS MIKE ADAMS AND STEVE ADDITON, APPOINTED TO REPRESENT ME. THEY SONSPIRED WITH THE ASSISTANT ATT. GEN. TO NOT DEFEND MY RIGHTS, AND I WAS RAIL ROADED INTO CONVICTION.THROUGH THE 17 YEARS OF CCUSO INPRISONMENT, ADAMS DISOBEYED 229A LAW AND REFUSED TO GIVE ME MY ANNUAL HEARINGS AND THE PREUJUST STORY COUNTY DIS.. CT. JUDICIALS REFUSED TO APPOINT ME NEW COUNSEL BECAUSE THEY WANTED TO KEEP THE ONGOINY CONSPIRACY SUPPRESSED.

MY JANUAY 1985 SEX ABUSE CONVICTION NUMBERS ARE FECR011276 AND FECR011277, THE TWO DIFFERENT DEGREED SEX ABUSE CHARGES WERE CONSOLIDATED AT THE ONE JURY TRIAL BECAUSE ONE CHARGE DIDN"T HAVE ENOUGH FACTS TO SUPPORT A CONVICTION WITHOUT THE OTHER CHARGE.

MY APRIL 2005 CIVIL CONVICTION NUMBER IS CVCV042032.

YEAR EARLY 1960tys WHEN I WAS 14 YEARS OLD, STORY SHERIFF JOHN STARK COERCIONED ME TO LET HIM SODMIZE ME ONCE A WEEK, UNTIL I TURNED AGE 18 AND DISCONTINUED THE AFFAIR.

YEAR 1970tys, I BLEW THE WHISTLE ON THE SHERIFFS SON AND HIS SONS BOYFRIEND WHO WERE EMPLOYED AS NEVADA, IOWA POLICE MEN, THEY WERE SELLING ILLEGAL DRUGS TO THE SCHOOL KIDS. THE SHERIFF USED HIS POWER TO GET THEM THE POLICEMEN JOBS AFTER THEY HAD BEEN ARRESTED FOR BREAKING AND ENTERING and STEALING AND VANDELIZING PROPERTY IN 10 LACAL BUSINESSES. STORY PROSECUTOR MARY RICHARDS DISMISSED THOES CHARGES DO TO HER FRIENDSHIP WITH THE SHERIFF, AND SHE REFUSED TO PROSECUTE THOSE TWO POLICEMEN FOR THEIR DRUG USE AND DEALINGS.

YEAR EARLY 1980tys, I BLEW THE WHISTLE TO PROSECUTOR RICHARDS ON 2 SHERIFF DEPUTIES WHO GOT DRUNK AND HIGH ON ILLEGAL DRUGS WHILE THEY WERE DRIVING THEIR OFFICIAL CARS. AGAIN RICHARDS REFUSED TO PROSECUTE THESE DEPUTIES.

YEAR LATE 1970tys AND THE EARLY 1980tys I CAMPAINGED AGAINST SHERIFF STARK AND PROSECUTOR RICHARDS AT THEIR ELECTION TIMES. PRIOR THE EARLY 1980tys SHERIFFS ELECTION I WITNESSED SHERIFF STARK PARKING HIS OFFICIAL CAR ON MY HOME BUSSINESS PROPERTY AND HE STOLE 20 OF HIS OPPONETS ELECTION 20" BY 30" POSTERS FROM MY FRONT YARD ALONG BUSY HIWAY 69. I TOLD THE OPPONET ATTORNEY LARSON AND HE FILED A THEFT COMPLIANT AGAINST STARK, RICHARDS REFUSED TO PROSECUTE HIM.

IN YEAR 1982 I PHONED THE SHERIFFS OFFICE AND REPORTED MY HOME BUSINESS OFFICE HAD BEEN BROKEN INTO AND AROUND $150.00 IN QUARTERS WERE STOLEN. THE SHERIFF REFUSED TO INVESTIGATE SO I DID A INVESTIGATION AND FOUND THE GUILTY MAN, AGAIN I PHONED THE SHERIFF AND I TOLD HIM I WAS GOING TO CALL IN THE NEIGHBORING POLK COUNTY SHERIFF TO ARREST THE MAN IF HE DIDN"T COME TO ARREST HIM. THEN THE STORY SHERIFF CAME AND ARRESTED HIM, HE WAS JAILED TWO WEEKS UNTIL THE PROSECUTOR RICHARDS DISMISSED THE CHARGE.

YEAR 1983, A YOUNG ADULT MALE CAME TO MY BUSSINESS AND ASKED TO USE THE REST ROOM, WHILE IN MY OFFICE HE STOLE A BOOK OF BLANK CHECKS, HE FORGED MY NAME AND CASHED SEVERAL HUNDRED DALLORS WORHT OF THOES CHECKS AROUND THE LOCAL COUNTIES BUSNESSES. I LEARNED LATER HE HAD JUST GOT OUT OF PRISON FOR FORGING CHECKS IN HIS MOTHERS NAME. I FILED A COMPLAINT WITH THE AMES, IOWA DETECTIVE WHO INVESTIGATED AND CAUGHT THAT CHECK FORGER.. AGAIN PROSECUTOR RICHARDS REFUSED TO PROSECUTE HIM..

YEAR 1980ty TO SILENCE MY WHISTLE BLOWINGS AND POLITICAL CAMPAINING THE SHERIFF FABRICATED A THIRD DEGREE SEX ABUSE CHARGE AGAINST ME, I HIRED AN ATTORNEY AND LATER A JURY TRIAL FOUND ME INNOCENT BECAUSE THE JURY MENBERS LEARNED THAT THE OLDER TEENAGER HAD ROBBED ME AT GUN POINT AND STOKE $160.00 DALLORS AND A GUN FROM ME. AGAIN RICHARDS REFUSED TO PROSECUTE THAT ROBBER.

YEAR 1985 I LEARNED FROM A GOOD FRIEND OF MINE AND OF THE SHERIFF THAT AT THE SHERIFFS AND PROSECUTORS ELECTION TIMES THEY EMPLOYED LONG TIME FRIENDS OF THEIRS TO FRAUDULENTLY COUNT THE VOTES FOR THEM IN THEIR FAVOR TO WIN THE ELECTION. IN THE LATER 1980tys I BLEW THE WHITSEL ON THEM TO THE DIRECTOR PAUL FRITZGERALD AND HE EXECUTED A INVESTIGATION AND HE FOUND MY COMPLAINTS CREDABLE AND HE SAID HE WOULD OVERSEE THE UPCOMING SHREIFFS ELECTION. SHERIFF STARK LOST THAT ELECTION BY A LANDSLID. PAUL DIDN"T TELL ME THAT HE WAS GOING TO RUN FOR ELECTION TO THE SHERIFFS JOB. PROSECUTOR RICHARDS NEXT ELECTION WASN"T UNTIL THE NEXT YEAR SO SHE WAS AWARE OF PAULS OVER SEEING THE ELECTION VOTES SO SHE TOOK EARLY RETAIRMENT TO AVOID THE EMBARESSMENT OF LOOSING THE ELECTION. PAUL SHOULD OF FILED CRIMINAL VOTING FRAUD COMPLAINTS AGAINST THAT SHERIFF AND PROSECUTOR BUT HE DIDN"T.

YEAR 1985 THROUGH 2022 ONGOING SHERIFF STARK AND PPROSECUTOR RICHARDS CONCOCKED TWO SEX ABUSE CHARGES AND THEY COERCEED THE ALLEDGES TWO VICTIMS INTO COACHED TESTIMONY AND RAIL ROADED ME INTO UNFAIR HEARING AND CONVICTION. IN THE FOLLOWING YEARS I FILED SIX CONSECTUTIVE COMPLAINTS WITH IOWAS ATTTORNEY GENERAL TOM MILLER ABOUT THE ONGOING OFFICIAL CONSPIRACY AND I ASKED HIM TO ORDER IN EITHER A IOWA DIVISION OF CRIMINAL OR AN F.B.I. INVESTIGATION. MILLER WAS PARTY TO THAT CONSPIRACY SO HE SUPPRESSED MY COMPLAINTS. I FILED CRIMINAL APPEALS IN THE STORY DISTRICT COURT, BUT THE NEWER COUNTY PROSECUTOR AND HER ASSISTANT USED THEIR INFLUENCE TO GET SELCT JUDICIALS TO DISMISS MY APPEALS THROUGH THE YEARS.. IN THAT CONSPIRACY, PROSECUTOR RICHARDS WROTE A LETTER TO THE DEPT OF CORRECTIONS DIRECTOR SALLEY HALFORD AND SHE TOLD HER TO SUPPRESS MY FEBUARY 1986 SENTENCING ORDER THAT SENTENCED ME TO COMPLETE THE MT PLEASENTS, IOWAS PRISONS 3 TO 4 WEEK SEX OFFENDERS PROGRAM AND TO PAROLE ME AS SOON AS I COMPLETED THAT PROGRAM. RICHARDS TOLD HALFORD TO KEEP ME INPRISONED FOR LONG AS POSIBLE

IN THE CONSPIRACY CCUSO THERAPIST PSYCHOLIGISTS AND STATE AND OUT OF STATE PAID EVALUATORS,PSYCHOLISTS LIE, DECEIT AND FABRICATE OFFICIAL DOCUMENTS TO SHOW IN FAVOR OF THE STATE TO KEEP EDDIE RISDAL WAREHOUSED FOR LIFE AT CCUSO IN MALICE.
    DEFENDANTS ARE RESPONSIBLE FOR THEIROWN AND THEIR PRESENT AND PAST EMPLOYEES ACTIONS. DEFENNDANTS,STORY SHERIFF PAUL FRITZARLD AND GOVENOR KIM REYNOLDSSUPPRESSED PLAINTIFFS CONSPIRACY LETTERS COMPLAINTS TO EXECUTE AN INVESTAGATION..

NN ATTORNEY ASSISTED ME WITH THIS LAW SUIT.

## PRAYER FOR RELIEF

FOR THIS COURT TO ORDER THE DEFENDANTS TO PAY ME SPECIAL DAMAGES FOR MALICE IN THE AMOUNT OF $1,500,000.00 DALLORS.

FOR PUNITVE DAMAGES ORDER THE DEFENDANTS TO PAY ME $2,000,000.00 dallors.

RESPECTFULLU SUBMITTED
*Eddie C. Risdal*
EDDIE C. RISDAL

PROOF OF SERVICE
FEBUARY 01, 2023 BY
*Eddie C. Risdal*

Page 5



## JURISDICTION

JURISDICTION IS HEREBY FILED IN THE SOUTHERN DISTRICT UNITED STATES DISTRICT COURT BECASUE THAT IS WHERE ALL THE DEFENDANTS ARE FROM IN THIS CIVIL SUIT, AND THE PLAINTIFF LIVED IN THE SOUTHERN DISTRICT OF NEVADA, IOWA AT THE TIME OF HIS 1985-1986 CRIMINAL ARREST AND PROSECUTION, AND FOLLOWING HIS INPRISONMENT HE SERVED HIS YEARS IN PRISON IN THE SOUTHERN DISTRICT. UPON DISCHARGE FROM PRISON THE PLAINTIFF WAS RAIL ROADED INTO CIVIL COMMENTMENT IN 2005 AND WAS WAREHOUSED AT THE CHEROKEE, IOWA PRISON AS A PATIENT.. THEREFORE THIS SUIT SHOULD BE FILED IN THE SOUTHERN DISTRICT TO BE FAIR.. AND IT WAS IN THE SOUTHERN UNITED STATES DISTRICT COURT IN DES MOINES, IOWA WHERE PLAINTIFF HAD FILED HIS APRIL 1984 CIVIL LAW SUIT AGAINST THE STORY COUNTY SHERIFF, BOARD OF SUPERVISORS AND WHERE IN THAT SUITS COMPLAINT PLAINTIFF COMPLAIND OF THAT SHERIFF AND PROSECUTOR OF CRIMINAL MISCONDUCTS WHILE IN THEIR PUBLIC OFFICES AND IN THEIR OFFICIAL VEHICLES, IN WHERE THE SHERIFF AND PROSECUTOR RETALIATED A FEW WEEKS BEFORE THE DECEMBER 1985 SUITS JURY TRIAL WITH CONCOCKED CRIMINAL CHARGES IN THEIR MALIC ILLEGAL CONSPIRACY SCHEME THAT YET TODAY VICTOMIZES THE PLAINTIFF( CITE THE ATTACHED SUITS COMPLAINT..) TO CONCLUDE: THAT 2005 CIVIL COMMITTMENT JURY TRIAL WAS HELD IN THE SOUTHERN DISTRICT, NEVADA, IOWA PERSUENT IOWA CODE CHAPTER 229A.

RESPECTFU::Y SUBMITTED

*Eddie C. Risdal*

EDDIE C. RISDAL
CCUSO
1251 WEST CEDAR LOOP, STE 6
CHEROKEE, IOWA 51012-1512

PROOF OF SERVICE
FEBUARY 01, 2023 BY

*Eddie C. Risdal*



Mr. Eddie Risdal
Ste. 6
1251 W. Cedar Loop
Cherokee, IA 51012



SIOUX FALLS SD 570
30 JAN 2023 PM

CLERK, UNITED STATES DISTRICT COURT
U.S. COURTHOUSE
P.O. BOX 9344
DES MOINES, IOWA 50306-9344

LEGAL MAIL
FEBUARY 01, 2023

50306-934444